UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHLEEN B. SMITH,<br><br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>  Defendant. | No.   2:14-CV-021-SMJ<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered. **IT IS ORDERED AND ADJUDGED** that: in summary, the Court finds that remand is appropriate in light of Dr. Vejovoda's medical records that were not considered by the ALJ.

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED:  March 31, 2015

SEAN F. McAVOY
Clerk of Court

By: *s/Cheryl Cambensy*
     Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**